UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALEB MCINTOSH,<br><br>    Plaintiff,<br><br>v.<br><br>KONG PHAM, et al.,<br><br>    Defendants. | Case No. 19-cv-03298-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge Alsup for consideration of whether the case is related to Case No. 19-cv-243-WHA, *McIntosh v. Pham*.

**IT IS SO ORDERED.**

Dated: June 28, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge